**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

| | |
|---|---|
| EDUCATION CREDIT CORP | CIVIL ACTION NOS. 04-0768 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LORI ANN WELCH | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Court's Memorandum Ruling:

**IT IS HEREBY ORDERED** that the Bankruptcy Court's Judgment of March 30, 2004 be and is hereby **REVERSED** and this matter be and is hereby **REMANDED** to the Bankruptcy Court for further proceedings consistent with the Memorandum Ruling.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 4th day of January, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE